

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

CORPUS CHRISTI
TX 784

PRESORTED
FIRST CLASS



US POSTAGE PITNEY BOWES

ZIP 78701 $ 000.41⁶
02 1W
0001401623 JUL. 01. 2015

RE: WR-83,243-01

RTS

MARK MERU
AVALON TRANSITIONAL CENTER
1515 TANCAHUA
CORPUS CHRISTI, TX 78401

U TF